# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1311

_____

Clayton Browning,                 *
                                    *
           Appellant,        *    Appeal from the United States
                                    *    District Court for the Eastern
    v.                             *    District of Arkansas.
                                    *
Jonesboro Public Schools,      *        [UNPUBLISHED]
                                    *
           Appellee.         *

_____

Submitted: November 29, 1999

Filed: December 6, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Clayton Browning appeals the district court's adverse grant of summary judgment on Browning's employment discrimination claim. Having reviewed the record and the parties' briefs, we conclude the district court correctly granted summary judgment, and we affirm for the reasons stated in the district court's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.